IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CALVIN FRAZIER, #177281, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:11-cv-016-MEF |
| | ) |
| CAROLYN GOLSON, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

On February 1, 2013, the Magistrate Judge filed a Recommendation (Doc. #26) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendant's motion for summary judgment is GRANTED and this case is DISMISSED with prejudice.

3. Costs of this proceeding are taxed against the plaintiff.

DONE this the 1st day of March, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE